# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

E-FILING

FILED
2007 SEP -5  A 11: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
ND. OF CA, S.J.

UNITED STATES OF AMERICA

V.

Reynaldo PINA-Hernandez

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-70519 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __May 22, 2007__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
(Official Title)
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__9/5/07__ at __San Jose, California__
Date                                                    City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

RE: Reynaldo PINA-Hernandez                                                          A 75 090 339

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Reynaldo PINA-Hernandez (AKA Jose Luis SAENZ), is a 43 year-old married male whose date of birth is currently understood to be June 12, 1963. He is a citizen and native of Michoacan, Mexico as substantiated by multiple statements made to that effect by the DEFENDANT in an interview that was initiated on May 22, 2007 at Soledad State Prison by ICE Immigration Enforcement Agent (IEA) Jesse Cruz of the San Jose, California DRO Sub-Office;

(2) The DEFENDANT has been assigned Alien Registration number of A 75 090 339, FBI number of 409789DB1, and California Criminal State ID Number of A11525087;

(3) On April 4, 1997, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director Eloy, Arizona and ordered deported from the United States to Mexico;

(4) On June 23, 2000, the DEFENDANT was convicted in U.S. Federal Court, Southern District of California, for the offense of Illegal Reentry into the United States, a misdemeanor, in violation of Title 8 USC Section 1325 and sentenced to thirty days in jail;

(5) On July 20, 2000, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director Phoenix, AZ and ordered deported from the United States to Mexico;

(6) On June 21, 2006, the DEFENDANT was convicted in the Superior Court of California/County of San Joaquin, for the offenses of: Child Abuse/Endangerment, a felony, in violation of in violation of California Penal Code Section 273(A) and Dissuading a Witness by Force, a felony, in violation of California Penal Code Section 136.1(C) (1) and sentenced to four years in county jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(F);

RE: Reynaldo PINA-Hernandez                                                          A 75 090 339

(7)  On September 20, 2006, the DEFENDANT was convicted in the Superior Court of California/County of Fresno, for the offense of Threatening a Witness, a felony, in violation of California Penal Code Section 140 (A) and sentenced to three years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(F);

(8)  On, May 22, 2007, the Defendant was encountered by IEA Jesse Cruz, at Soledad State Prison, and determined to be unlawfully present in the United States after a prior deportation. IEA Cruz read the DEFENDANT of his Miranda rights in the Spanish language. The DEFENDANT waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States. This is this DEFENDANT'S second written sworn statement attesting to his alienage;

(9)  The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(10) Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

Timothy E. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this  5  day of  Sept  , 2007

Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE