

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

E-FILING

2008 MAR 20   A 10: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08 00178 RS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) VIOLATION: Title 8, United States Code, Section 1325 -- Improper Entry by an Alien |
| v. | ) |
| REYNALDO PINA-HERNANDEZ, | ) SAN JOSE VENUE |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges:

On or about June 2006, in the Northern District of California, the defendant,

REYNALDO PINA-HERNANDEZ,

an alien, did enter and attempt to enter the United States from Mexico at a time and place other than as designated by immigration officers,

//

//

//

1  in violation of Title 8, United States Code, Section 1325(a), a Class B misdemeanor.

2

3  DATED:  3/20/08                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
4

5

6                                     DAVID R. CALLAWAY
                                      Deputy Chief, San Jose Branch Office
7

8  (Approved as to form:
                         AUSA SCHENK
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

### OFFENSE CHARGED

8 U.S.C. Section 1325 - Improper Entry
(Class B Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**E-FILING**

PENALTY:
6 months imprisonment
$5,000 fine
$10 special assessment

**DEFENDANT - U.S.**

REYNALDO PINA-HERNANDEZ

**DISTRICT COURT NUMBER**

## CR - 08   00178 RS

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

07-70519PVT

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JEFFREY B. SCHENK

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: